**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

| NEW YORK CITY OFFICE | WHITE PLAINS OFFICE |
|---|---|
| 299 BROADWAY SUITE 1700 NEW YORK, NY 10007 OFFICE: (212) 962-1333 FAX: (212) 962-1778 | 175 MAIN STREET SUITE 800 WHITE PLAINS, NY 10601 OFFICE: (914) 358-5998 FAX: (914) 761-0995 |

July 8, 2022

Honorable Cathy Seibel
United States District Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

By: ECF and Email/PDF

Re:  *United States v. Lourdes Ivette Pazo*, 22 Cr. 117 (CS)
 Letter Motion for Adjournment of Status Conference

Dear Judge Seibel:

    I was appointed to represent the above defendant on June 27, 2022, relieving prior CJA counsel. This matter is scheduled for a status conference on July 18, 2022 at 11:30 am. Since I will not be able to review the voluminous discovery by that date and I am awaiting an electronic copy to share with my client, I write to seek an adjournment of the proceedings for approximately six weeks. Courtroom Deputy Walter Clark has informed me that September 2, 2022 at 3:30 pm would be a good date and time for the Court.

    The Government and Benjamin Gold, counsel for co-defendant Jacques Jean, have no objection to this application. Mr. Gold and I consent to a waiver of time under the Speedy Trial Act until September 2, 2022.

    Thank you, Your Honor for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

*Howard E. Tanner*
Howard E. Tanner

cc: AUSA Steven J. Kochevar (ECF and Email/PDF)
 Benjamin Gold, Esq. (By ECF and Email/PDF)

---

*[Handwritten order by the Court:]*

Status conference adjourned to 9/2/22 at 3:30 pm. The time between now and then is excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendants in a speedy trial, because it will enable new counsel to familiarize himself with the discovery, review it with his client, confer with co-counsel and determine next steps.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

7/8/22